**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KATIE ROMANO,

    Plaintiff,

v.                                                        Case No: 6:23-cv-1293-RBD-EJK

TD BANK N.A., TARGET
ENTERPRISE, INC. and RAS
LAVAR LLC,

    Defendants.
_____

**ORDER OF DISMISSAL**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 45), filed November 17, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on December 10, 2023.



ROY B. DALTON, JR.
United States District Judge